UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ZITO,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 25-11977-MJJ |

## <u>ORDER</u>

**JOUN, D.J.**

    In his "Preliminary Ex Parte Declarative Exception Objection Taken To The Court's July 28, 2025 Procedural Order" [Doc. No. 5], *pro se* plaintiff Joseph Zito ("Mr. Zito") argues that the Court cannot require him to disclose his financial information as part of his request to proceed *in forma pauperis*.

    This argument is incorrect. Subject to some exceptions not factually relevant here, proceeding *in forma pauperis* in a civil action is a privilege, not a right, *see Daker v. Jackson*, 942 F.3d 1252, 1257 (11th Cir. 2019); *Rodriguez v. Cook*, 169 F.3d 1176, 1180 (9th Cir. 1999), and the decision "[w]hether to grant or deny *in forma pauperis* status is within the sound discretion of the trial court," *Scherer v. Kansas*, 263 Fed. App'x 667, 669 (10th Cir. 2008). Federal law requires that a party seeking leave to proceed *in forma pauperis* submit a "statement of all assets such prisoner possesses" showing that "the person is unable to pay such fees or give security therefor." 28 U.S.C. 1915(a)(1). Despite the statute's use of the phrase "such prisoner," the affidavit requirement applies to all persons requesting leave to proceed *in forma pauperi*s. *See Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005); *Martinez v. Kristi*

*Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004) (per curiam). The use of the word

"prisoner" in 28 U.S.C. 1915(a)(1) appears to be a typographical error. *See Douris v. Middletown*

*Tp.*, 293 Fed. App'x 130, 132 n.1 (3d Cir. 2008).

Accordingly, the Court ORDERS that, if Mr. Zito wishes to proceed with this action, he

must pay the $405 filing fee or file a completed and signed Application to Proceed in District

Court Without Prepaying Fees or Costs. Failure to do so within twenty-one (21) days will result

in dismissal of this action without prejudice.

**SO ORDERED.**

 /s/ Myong J. Joun
Myong J. Joun
United States District Judge

Dated: December 22, 2025